IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:10-CV-20-F

| | | |
|---|---|---|
| Pattie D. Williams and Daniel D. Williams ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| Poplar Mortgage Ser., Inc. and Monumental ) | | |
| Life Ins., Co. ) | | |
| Defendants ) | | |

THIS MATTER comes before the Court upon Plaintiffs, Pattie D. Williams and Daniel D. Williams' motions for entry of default (Docket Entry 9) and motion to extend time to serve summons (Docket Entry 21).

In reviewing the Court's docket, the Court finds that the individuals served are not named parties in this action. Therefore, plaintiffs have failed to serve the proper parties.

Based on the foregoing, the Court finds that Plaintiff's Request for Entry of Default as to Defendants Poplar Mortgage Ser., Inc. and Monumental Life Ins. Co. is hereby DENIED for failure to serve the appropriate parties.

Plaintiffs' motion to extend time to make service is GRANTED. The Plaintiffs are given an extension up to and including July 12, 2010 to make service upon defendants in this matter.

SO ORDERED, this 9th day of June, 2010.

Dennis P. Iavarone
Clerk of Court