UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| PATTIE D. WILLIAMS; and <br> DANIEL D. WILLIAMS, <br>     Plaintiffs, <br><br> v. <br><br> POPULAR MORTGAGE SERVICES, <br> INC.; and MONUMENTAL LIFE <br> INSURANCE CO., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **JUDGMENT** <br><br> Case No. **4:10-CV-20-F** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** the defendants' Motions to Dismiss are allowed and this action is DISMISSED with prejudice in its entirety on the merits, pursuant to Rule 12(b)(6), FED.R.CIV.P.

**SO ORDERED**.

**This Judgment filed and entered on June 30, 2011, with electronic service on:**

Joseph Samuel Dowdy, counsel for defendant

William Walt Pettit, counsel for defendant

Jason R. Benton, counsel for defendant

Pattie D. Williams, plaintiff - *via U.S. Mail*

Daniel D. Williams, plaintiff - *via U.S. Mail*

 

**DENNIS P. IAVARONE, CLERK**

June 30, 2011            /s/ *Shelia D. Foell*
                             Deputy Clerk of Court